UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNTHOEUN ROEUNG,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>ANTHONY HEDGPETH,[1] KERN VALLEY STATE PRISON,<br><br>　　　　　Respondent. | ) Case No. CV 06-5258-DDP(RC)<br>)<br>)<br>) ORDER ADOPTING REPORT AND<br>) RECOMMENDATION OF UNITED STATES<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the First Amended Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's Objections, and has made a de novo determination.

　　　IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the First Amended Petition and dismissing the

---

　　　[1] Pursuant to Fed. R. Civ. P. 25(d), Anthony Hedgpeth is substituted as respondent.

1 | action with prejudice.

3 |     IT IS FURTHER ORDERED that the Clerk shall serve copies of this
4 | Order, the Magistrate Judge's Report and Recommendation and Judgment
5 | by the United States mail on petitioner.

7 | DATED:   April 7, 2010

                                              DEAN D. PREGERSON
                                      UNITED STATES DISTRICT JUDGE

11 | R&R\06-5258.ado
    5/12/09