UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BUNTHOEUN ROEUNG, | ) | Case No. CV 06-5258-DDP(RC) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| ANTHONY HEDGPETH,[1] KERN VALLEY STATE PRISON, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED:   April 7, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Anthony Hedgpeth is substituted as respondent.

R&R\06-5258.JUD
5/11/09